```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                       MIAMI DIVISION
                CASE NO. 13-20874-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

LUIS ALFONSO HENAO ESCUDERO,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Andrea M. Simonon on February 26, 2015. A Report and Recommendation filed on March 6, 2015 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Andrea M. Simonon, is hereby Adopted and Approved in its entirety. The Defendants are adjudged guilty as to Count Two of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of March, 2015.

                                        _/s/ Donald L. Graham_
                                      DONALD L. GRAHAM
                                      UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Simonton
        Counsel of Record
```